**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 314 EAL 2022

          Respondent       :

                              :  Petition for Allowance of Appeal

                              :  from the Order of the Superior Court

          v.                  :

                              :

BRIAN D. BAUR,                 :

          Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 11th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.